IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER SLAUGHTER, | : | Civil No. 1:20-cv-0139 |
| Petitioner, | : | |
| v. | : | |
| LAUREL HARRY, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

# **ORDER**

**AND** NOW, this 3rd day of August, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The Pennsylvania Attorney General is **DISMISSED** as an improperly named respondent.

2. The petition (Doc. 1) for writ of habeas corpus filed under 28 U.S.C. § 2254 is **DISMISSED** as time-barred.

3. A certificate of appealability is **DENIED**.

4. The Clerk of Court shall **CLOSE** this case.

                                                          s/Jennifer P. Wilson
                                                        JENNIFER P. WILSON
                                                        United States District Court Judge
                                                        Middle District of Pennsylvania